HOWARD *v.* WELLHAM.

SIMMONS, C. J. In a suit upon several of a series of promissory notes, some due and some not matured except under a stipulation that they should become due if any one of the series was not paid within thirty days after maturity, a verdict of a jury is necessary before a judgment can be rendered. A suit on notes not due except by virtue of such a stipulation is not "founded on unconditional contracts in writing," within the meaning of paragraph 7 of section 4 of article 6 of the constitution of this State. This case is controlled by *Rodgers* v. *Caldwell,* 112 *Ga.* 635, and cases therein cited.

*Judgment affirmed. All the Justices concurring, except Little, J., absent.*

Submitted February 13, — Decided March 12, 1902.

Motion to arrest judgment. Before Judge Reid. City court of Atlanta. May 4, 1901.

*W. H. Terrell,* for plaintiff in error. *W. O. Wilson,* contra.